IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CODY STEELE and ARMANDO RAMOS,** individually and on behalf of all persons similarly situated, | : : : : |
| **Plaintiffs,** | : : |
| v. | : : |
| **Lehigh Valley Underground, LLC,** *et al.*, | : : |
| **Defendants.** | : : : |

Civil Action No.: 5:20-1754-TR

**Jury Trial Demanded**

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT

Plaintiffs Cody Steele ("Steele") and Armando Ramos ("Ramos") individually and on behalf of all others similarly-situated hereby move pursuant to 29 U.S.C. § 216(b) for approval of the Collective Action Settlement Agreement reached between Plaintiffs and Defendants. Plaintiffs respectfully move the Court, without opposition by Defendants, to grant the following relief:

1. Finally approve as fair, adequate and reasonable, the Settlement Agreement, a true and correct copy of which attached hereto as Exhibit B;

2. Finally certify under 29 U.S.C. § 216(b), for purposes of settlement, the following Settlement Class:

> Plaintiffs Cody Steele, Armando Ramos, and all other individuals who filed valid notices of consent to join this action (Opt-In Plaintiffs) (the "Settlement Class");

3. Finally Approve Plaintiffs Cody Steele and Armando Ramos as representative of the Settlement Class;

4. Finally Approve Goodley Law LLC as Counsel for the Settlement Class ("Settlement Class Counsel");

1

5.  Finally approve service awards in the amount of Three Thousand Five Hundred Dollars ($3,500.00) each to Plaintiffs Cody Steele and Armando Ramos ($7,000.00 in total);

6.  Finally approve Settlement Class Counsel's attorney fees and costs in the amount of Fifty Thousand Dollars ($50,000.00);

7.  Finally approve the Settlement Class Notice, a true and correct copy of which is attached hereto as **Exhibit 2** to the Settlement Agreement;

8.  Dismiss with prejudice the claims of the Settlement Class, subject to the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

Dated:   April 1, 2021                              Respectfully Submitted,

/s/ James E. Goodley
James E. Goodley (PA ID No. 315331)
GOODLEY LAW LLC
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 394-0541
james@goodleylaw.net

*Attorney for Plaintiffs
and the Settlement Class*