IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CODY STEELE and ARMANDO RAMOS,** individually and on behalf of all persons similarly situated, :<br><br>**Plaintiffs,** :<br>v. :<br>**Lehigh Valley Underground, LLC,** *et al.*, :<br>**Defendants.** : | Civil Action No.: 5:20-1754-TR<br><br>**Jury Trial Demanded** |

## ORDER

**AND NOW**, this \_\_5th\_\_ day of \_\_April\_\_, 2021, upon consideration of Plaintiffs' Unopposed Motion for Approval of Collective Action Settlement, it is hereby **ORDERED** that Plaintiffs' Unopposed Motion is **GRANTED** as follows:

1. The Settlement Agreement is incorporated to this ORDER and is approved as a fair, adequate and reasonable resolution of a bone-fide dispute;

2. The following Settlement Class is finally approved under 29 U.S.C. § 216(b):

   Plaintiffs Cody Steele, Armando Ramos, and all other individuals who filed valid notices of consent to join this action (Opt-In Plaintiffs) (the "Settlement Class");

3. Plaintiffs Cody Steele and Armando Ramos are finally approved as representatives of the Settlement Class;

4. Goodley Law LLC is finally approved as Counsel for the Settlement Class ("Settlement Class Counsel");

5. Service awards are finally approved in the amount of Three Thousand Five Hundred Dollars ($3,500.00) each to Plaintiffs Cody Steele and Armando Ramos ($7,000.00 in total);

6. Settlement Class Counsel's attorney fees and costs are finally approved in the amount of Fifty Thousand Dollars ($50,000.00);

7. The Settlement Class Notice, **Exhibit 2** to the Settlement Agreement, is approved, and shall be distributed with checks to the Settlement Class members in accordance with the terms of the Settlement Agreement;

8. Dismiss with prejudice the claims of the Settlement Class, subject to the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

BY THE COURT:

/s/ Timothy R. Rice
_____
Rice, J.